AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MATT GARCIA.

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 126-146

ROWAN WILSON. MICHAEL ROSENI'HAL, VANESSA FANG, and KEVIN MCCLANAHAN.

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated August 24, 2026, the Report and Recommendations of the U.S. Magistrate Judge are adopted as the opinion of this Court. Plaintiff's case is dismissed for failure to state a claim upon which relief may be granted. This case stands closed.

August 24, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*